Submitted March 12—decided March 20, 1974

DOUGLAS P. HALL, CONSERVATOR (ESTATE OF JULIE P.
REVSON) *v.* TOWN OF WESTON

It appearing that the defendant in the above-
entitled case has failed to defend against the appeal
from the Superior Court in Fairfield County at
Stamford with proper diligence, it is, under § 696

of the Practice Book, ordered by the Supreme Court that the case be remanded to the Superior Court in Fairfield County at Stamford with direction to set aside the judgment unless the defendant's brief is filed on or before May 1, 1974.

*Robert M. Wechsler,* with whom was *Bernard Glazer,* for the appellee (defendant).

*L. Paul Sullivan,* for the appellant (plaintiff).

Argued April 2—decided April 2, 1974